**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 05-22796-CIV-MOORE/GARBER

SCOTT WEIKEL, an individual,

    Plaintiff,

vs.

GAP INC., d/b/a BANANA REPUBLIC, a Delaware corporation,

    Defendant.
_____/

FILED by _____ D.C.
APR 18 2006

**ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice (DE #38).

UPON CONSIDERATION of the parties' motion, and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the parties' Joint Stipulation for Dismissal with Prejudice (DE #38) is GRANTED. The case is DISMISSED with prejudice with each party to bear its own costs and attorneys' fees. It is further

ORDERED AND ADJUDGED that all pending motions are DENIED AS MOOT. The Clerk of Court is directed to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of April, 2006.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record
       U.S. Magistrate Judge Barry Garber